FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR RUVALCABA, <br> Petitioner, <br> v. <br> KELLY HARRINGTON, Warden, <br> Respondent. | Case No. CV 11-10215 R (AN) <br><br> JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: May 22, 2012

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY